IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00681-ZLW-MJW

MICHAEL T. HUBER,

    Plaintiff,

v.

DICK ROBERTS, Casemanager,
KRISTINA IRELAND, Accounts, and
T. FLUHARTY, Inmate Banking,

    Defendants.

_____

**ORDER**
_____

    The matter before the Court is Plaintiff's "TRO And Order To Show Cause" (Doc. No. 13).  This motion was referred to Magistrate Judge Michael J. Watanabe pursuant to D.C.COLO.LCivR 72.1C.  On July 24, 2007, the Magistrate Judge issued his Recommendation that Plaintiff's "TRO And Order To Show Cause," treated as a motion for temporary restraining order, be denied.  No party filed objections to the Recommendation.

    As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed de novo the Recommendation and accepts and adopts the Recommendation in its entirety.  Accordingly, it is

ORDERED that Plaintiff's "TRO And Order To Show Cause" (Doc. No. 13). treated as a motion for temporary restraining order, is denied.

DATED at Denver, Colorado, this   9   day of August, 2007.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court