IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00681-ZLW-KMT

MICHAEL T. HUBER,

    Plaintiff,

v.

DICK ROBERTS, Case Manager,
KRISTINA IRELAND, Accounts, and
T. FLUHARTY, Inmate Banking,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendants' "Motion to Vacate Final Pretrial Conference" (#39, filed September 11, 2008) is GRANTED. The Final Pre-Trial Conference set for September 23, 2008 is VACATED.

Dated: September 16, 2008