IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00681-ZLW-KMT

MICHAEL T. HUBER,

    Plaintiff,

v.

DICK ROBERTS, Case Manager,
KRISTINA IRELAND, Accounts, and
T. FLUHARTY, Inmate Banking,

    Defendants.

---

ORDER

---

After consideration of the case file herein and pursuant to D.C.COLO.LCivR 10.1, It is

ORDERED that Plaintiff shall file a notice of change of address within five days of the date of any change of address, or this action may be dismissed. It is

FURTHER ORDERED that the Clerk shall mail copies of docket entries 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, and a copy of this Order, to Plaintiff at the address below:

    **Pueblo Parole Office**
    **RE: Michael Huber**
    **310 E. Abriendo, Suite D**
    **Pueblo, CO 81004**

DATED at Denver, Colorado, this 31st day of March, 2009.

    BY THE COURT:

    _____
    ZITA L. WEINSHIENK, Senior Judge
    United States District Court