IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00681-ZLW-KMT

MICHAEL T. HUBER,

     Plaintiff,

v.

DICK ROBERTS, Casemanager,
KRISTINA IRELAND, Accounts, and
T. FLUHARTY, Inmate Banking,

     Defendants.

_____

ORDER OF DISMISSAL
_____

     The matter before the Court is Defendants' Motion For Summary Judgment (Doc. No. 34).  This motion was referred to Magistrate Judge Kathleen M. Tafoya pursuant to D.C.COLO.LCivR 72.1C.  On February 25, 2009, the Magistrate Judge issued her Recommendation that Defendants' Motion For Summary Judgment be granted.  No party filed objections to the Recommendation.

     As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed de novo the Recommendation and accepts and adopts the Recommendation in its entirety.  Accordingly, it is, it is

ORDERED that Defendants' Motion For Summary Judgment (Doc. No. 34) is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney's fees.  It is

FURTHER ORDERED that a separate Judgment shall issue pursuant to Fed. R. Civ. P. 58(a).

DATED at Denver, Colorado, this 23rd day of April, 2009.

BY THE COURT:

*[signature]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court